Frank Soohoo  
Docket Number: 16-CR-342 (SHS)

2911883 – EC-kl



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒ Permission to travel to Dominican Republic and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☐ Permission to travel to Dominican Republic and the Court requires notification for all future international travel. **Approved.**

☐ Permission to travel to Dominican Republic. **Denied**

☐ Other:

_____  
Honorable Sidney H. Stein

November 1, 2021  
Date